**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RICHARD E. RENTERIA,** | ) | **NO. CV 14-2104-AB (KLS)** |
| **Petitioner,** | ) ) ) | |
| v. | ) | **JUDGMENT** |
| | ) ) | |
| **F. FOULK,** | ) ) | |
| **Respondent.** | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 7, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1